# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANGALAMA, MENON, and K. ADAMS,<br><br>    Defendants. | Case No. 2:08-cv-02873-MSB<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS** |

Plaintiff Kyle Avery is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to 28 U.S.C. § 1915(b)(1), Avery is obligated to pay the statutory filing fee of $350.00 for this action. An initial partial filing fee will not be assessed, as Avery's average monthly deposit is $0.00. Avery is required to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. 28 U.S.C. § 1915(b)(2). The California Department of Corrections is obligated to send to the Clerk of the Court payments from Avery's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. *Id.*

    **Accordingly**,

    **IT IS HEREBY ORDERED** directing the Director of the California Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to Plaintiff's trust account

1  and shall forward those payments to the Clerk of the Court each time the amount in the account
2  exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been
3  collected and forwarded to the Clerk of the Court. The payments must be clearly identified by the
4  name and number assigned to this action.

5  **IT IS FURTHER ORDERED** directing the Clerk of the Court to serve a copy of this order
6  and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department
7  of Corrections, via the court's electronic case filing system (CM/ECF).

8  **IT IS FURTHER ORDERED** directing the Clerk of the Court to serve a copy of this order
9  on the financial department of the court.

11  DATED this 9th day of April, 2010.

13  /s/ Marsha S. Berzon
    MARSHA S. BERZON
14  United States Circuit Judge, sitting by designation