1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    KYLE AVERY,                              )    Case No. 2:08-cv-02873-MSB
                                              )
10            Plaintiff,                       )    **ORDER**
                                              )
11   vs.                                       )
                                              )
12   NANGALAMA, MENON, K. ADAMS,)
     GOLDFIELD, and PENNER,                    )
13                                             )
              Defendants.                      )
14   _____)

15          Plaintiff Kyle Avery, who is confined in the California State Prison, Sacramento,

16   filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #1). On April 12,

17   2010, this Court screened the complaint and ordered it served on Defendants Adams, Menon,

18   and Nangalama. (Dkt. #9).

19          On January 19, 2010, Avery filed a Motion to Compel Service of Complaint, asking

20   this Court to "re-order it's [sic] clerk to order marshals [sic] to complete service" of the

21   complaint. (Dkt. #21). On March 25, 2010, Avery filed a Motion to Clerk For Entry of

22   Default Against Defendants Failure to Answer Service of Complaint or to File Proper

23   Waiver, contending that he had not yet received a receipt of service, stating that he did not

24   know whether the Marshals had effected service of the complaint, and asking the Court to

25   enter default judgment against the Defendants. Finally, on April 22, 2010, Avery filed a

26   Motion For Default Judgment by the Court. (Dkt. #24). Avery stated that he assumed service

27

28

1   had been effected upon Defendants and asked that default judgment be entered against them

2   for their failure to file an answer. (Dkt. #24).

3          Avery filed a Motion to Amend his original complaint on May 18, 2010. (Dkt. #12).

4   On April 22, 2011, the Court screened Avery's amended complaint and ordered it filed and

5   served on Defendants Nangalama, Menon, Adams, Goldfield, and Penner. (Dkt. #23).

6          Avery's amended complaint supersedes his original complaint. *Bullen v. De*

7   *Bretteville*, 239 F.2d 824, 833 (9th Cir. 1956).  As a result, his three pending motions with

8   regard to the original complaint (Dkt. #1) are now moot. If Defendants fail to timely respond

9   to Avery's amended complaint, he may file a new motion for default judgment. *See Gray v.*

10  *Hernandez*, No. 3:08-cv–01147, 2010 WL 6230519, at *10 (S.D. Cal.  Nov. 30, 2010);

11  *Miller v. Woodford*, No. 2:07-cv-01646, 2009 WL 2365716, at *2 (E.D. Cal. July 31, 2009)

12  (report and recommendation of magistrate), *adopted*, 2009 WL 3233903, at *1 (E.D.Cal.

13  Sept. 30, 2009).

14         **Accordingly, it is hereby ordered that Plaintiff's:**

15  **(1) Motion to Compel Service of Complaint (Dkt. #21);**

16  **(2) Motion to Clerk For Entry Against Defendants Failure to Answer Service of**

17  **Complaint or to File Proper Waiver (Dkt. #22); and**

18  **(3) Motion for Default Judgment by the Court (Dkt. # 24)**

19
        **are DENIED as moot.**

20  .

21         DATED this 3rd day of June, 2011.

22

23

24

25                      /s/ Marsha S. Berzon

26                      MARSHA S. BERZON
                        United States Circuit Judge
27                      sitting by designation

28

- 2 -