Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Martin Kosla, (SBN 247224)
E-mail: mkosla@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
DR. NANGALAMA, DR. MENON, K. ADAMS and DR. PENNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KYLE AVERY, | Case No. 2:08-cv-02873-MSB |
|---|---|
| Plaintiff, | **DEFENDANT DR. PENNER'S NOTICE OF JOINDER TO DEFENDANTS DR. NANGALAMA, DR. MENON AND K. ADAMS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| NANGALAMA, M.D., et al., | |
| Defendants. | |
| | Judge: Hon. Marsha S. Berzon |

TO THE HONORABLE COURT AND PLAINTIFF KYLE AVERY, IN PRO PER:

NOTICE IS HEREBY GIVEN that defendant DR. PENNER hereby joins in defendant DR. NANGALAMA, DR. MENON and K. ADAMS' Answer (Doc. #33) to Plaintiff's First Amended Complaint (Doc. # 28), and incorporates by

///
///
///
///
///
///
///

reference, as though fully set forth herein, all denials, affirmative defenses, and demands for jury trial, made by defendants DR. NANGALAMA, DR. MENON and K. ADAMS in said answer.

Dated: September 7, 2011  Burke, Williams & Sorensen, LLP

By: *s/Martin Kosla*
Susan E. Coleman
Martin Kosla
Attorneys for Defendants
DR. NANGALAMA, DR. MENON,
K. ADAMS and DR. PENNER

**PROOF OF SERVICE**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071.

On September 7, 2011, I served the document described as: DEFENDANT DR. PENNER'S NOTICE OF JOINDER TO DEFENDANTS DR. NANGALAMA, DR. MENON AND K. ADAMS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Kyle Avery, #E-67897
California State Prison, Sacramento
P.O. Box 290066
Represa, CA 95671-0066
*PLAINTIFF IN PRO SE*

☒ (BY MAIL) I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 7, 2011 at Los Angeles, California.



Julie D. Anderson