

FILED
SEP 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

1  Kyle Avery E-67897
2  C.S.P.-SAC B4-131
3  P.O. Box 290066
   Represa, Ca. 95671
4  =In Pro Se=

Original

5  UNITED STATES DISTRICT Court
6  EASTERN DISTRICT COURT

7  Kyle Avery
   Plaintiff
8                            No. 2:08-CV-02873-MSB
9  (MD) Nangalama, et al.,   OBJECTION TO DEFENDANT
   Defense                   DR. PENNER'S JOINDER INTO
10                           DEFENSE ANSWER TO PLAINTIFF'S
                             FIRST AMENDED COMPLAINT AS
11                           UNTIMELY
12

13      Plaintiff herenow respectfully comes before
14  the court in objection for a defense joinder of Dr.
15  Penner into the defense answer to plaintiff's first
16  amended complaint for the reasons below.
17      Dr. Penner has been served with others who
18  are defendants yet failed to notify plaintiff,
19  the court nor any other concerned persons who
20  have an interest in this case within the time
21  prescribed by F.R.C.P. and rules clearly printed
22  upon the summons served instructing him to
23  respond by answer within the provided time
24      Dr. Penner has been sued before and knows
25  his responsibilities to answer and gain proper
26  representation. There is no excuse for his late
27  answer which although was noticed is still not
28

1

1 actually provided at the time of this filing.
2 Dr. Penner was served and knew his responsibility.
3 Plaintiff has been previously by this court after
4 Plaintiff upon the 3rd attempt to serve the
5 complaint since 2008 given permission to
6 renew a default judgment entry if any of
7 the defendants untimely or completely failed
8 to respond with an answer. Plaintiff has
9 after starting Interrogatories, Answers, productions
10 response and serving an answer and submitting
11 deposition by questions to defendants after
12 this court already set a discovery schedule,
13 filed to this court a Motion for default
14 Judgment against defendant Dr. Penner that
15 Plaintiff expects this court to honor this
16 time.
17     Good cause has already been stated within
18 said Motion for default Judgment against Dr. Penner
19 by Plaintiff. To allow defendant to re inject
20 himself into the defense answer is to prejudice
21 plaintiffs case as already indicated in default
22 motion and burdens the plaintiff by creating
23 an unnecessary work load of re answering
24 initial disclosures Interrogatories, productions, &
25 admissions and to prepare initial disclosure for
26 Mr. Penner by filing deposition by questions which
27 in the case of the defense who already has been

1  served said discovery because those properly served
2  had timely answered and have been part of the
3  courts initial schedule the court said would be
4  strictly enforced. Because to this point the
5  schedule is assumed strictly enforced, the
6  plaintiff has been rushing to timely complete
7  initial disclosures that are being completed
8  for those already in the litigation and due to
9  the previous permission to renew default against
10 those answering late, the plaintiff wasn't
11 antisipating Dr. Penner being joined into the
12 efforts already a struggle to timely complete
13 as an adseg inmate manually prepairing his
14 prosecution. This doesn't even include the
15 fact that I had to file a subpoena to this
16 court to locate Dr. Goldfield. That increases
17 Plaintiffs work load too. Plaintiff was
18 never sent receipt of failure to serve until
19 after initial disclosure was half way done for
20 defendants answering the complaint before the
21 Court ordered a discovery schedule which even
22 upon that schedule being half way completed
23 and due for initial disclosure did Plaintiff
24 ever get a notice of failure to serve. All this
25 untimely answering by Dr. Penner is
26 splitting this discovery into 3 different
27 schedules. I shouldn't have to stay this

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

1  already 3 year old case, nor be the one
2  burdened with requesting time extentions to
3  what this court already said was a strict
4  schedule or be rushed to complete initial
5  disclosures specially for Dr. Penner as a
6  defendant by the already imposed Sept 30, 2011
7  deadline this court set to complete it just
8  because defendant Dr. Penner feels he will
9  join into the litigation at his time and will
10 in defiance of the 3rd sommons and
11 Fed.R.CIV.P. especially when he knew
12 perfactly well he had a timely obligation
13 to answer, or waive service since the
14 month of July 2010 which is over 2 months ago.
15        Plantiff doesn't need to explain it nor
16 analyze it from every conceivable angle to
17 convince this court of the obvious problems this
18 Joinder creats for every one other than the
19 individual who caused it which is why I
20 object and further press this court to not only
21 Grant this motion but also grant his previously
22 & recently filed second but renewed motion
23 for default Judgment as an answer.
24
25      I Declare under the penalty of perjury the foregoing
26 is true & correct.
27 Date: 9/20/2011         Plaintiff:
                           KYLE AVERY PRO SE DECLARANT

4.

UNITED STATES DISTRICT COURT IN THE

_EASTERN_ DISTRICT OF CALIFORNIA

Kyle Avery ) Case No.: 2:08-cv-02873-MSB
     Plaintiff, ) PROOF OF SERVICE
)
vs. )
)
(M.D.) Nangalama, et al., )
     Defendant, )

I the undersigned, here by certify that I am over the age of 18 years, and I am a party to the above entitled action.

On _9-20-, 2011_, I served a copy of: _Objection to defense Dr. Pemerie joinder into defense answer to Plaintiff's First Amend Complaint as untimely._

By placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States mail:

1. CLERKS OFFICE
U.S. DIST COURT
EASTERN DIST OF CALIF
501 "I" ST, STE 4-200
SACRAMENTO, CA.
95814

2. MARTIN KOSLA ESQ
BURKE, WILLIAMS & SORENSEN, LLP
444 SOUTH FLOWER ST, STE 2400
LOS ANGELES, CA. 90071-2953

I declare under the penalty of perjury the foregoing is true and correct.

Dated this, _20_, day of, _Sept_, _2011_.

Declared by: [signature]

PLAINTIFF IN PRO SE.

-5-