IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANGALAMA, MENON, K. ADAMS, PENNER, and GOLDFIELD,<br><br>    Defendants. | No. 2:08-cv-02873-MSB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

    Plaintiff Kyle Avery, who is incarcerated and is proceeding *pro se* and *in forma pauperis*, has moved under Rule 55 of the Federal Rules of Civil Procedure for a default judgment against Defendant Dr. Penner. (Dkt. # 38). For the reasons that follow, the motion is denied.

    Rule 55 provides that a default is appropriate when "a party against whom a judgment for affirmative relief is sought"—here, Dr. Penner—"has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a). The time limits for filing a responsive pleading is set forth in Rule 12(a). As relevant here, that Rule provides that when a defendant has waived service, as Dr. Penner did, he "must serve an answer . . . within 60 days after the request for a waiver was sent." Fed. R. Civ. P. 12 (a)(1)(A)(ii).

    The request for a waiver was sent to Dr. Penner on July 13, 2011 (Dkt. #32). Sixty days later was September 11, a Sunday, and therefore Dr. Penner's answer was due the following day, September 12. *See* Fed. R. Civ. P. 6(a)(1)(C). On September 7, 2011, Dr.

1   Penner filed a notice stating that he joined the answer previously filed by the other
2   defendants (Dkt. # 33), including its "denials, affirmative defenses, and demands for jury
3   trial." (Dkt. # 40 at 2).  Thus, Dr. Penner's responsive pleading was served within the time
4   frame outlined in Rule 12, and so Rule 55's threshold requirement—that Dr. Penner "has
5   failed to plead or otherwise defend"—is not met.
6       Accordingly, **IT IS HEREBY ORDERED** that Avery's Motion for Default Judgment
7   (Dkt. # 38) is **DENIED**.
8       DATED this 21st day of November, 2011.

10                          /s/ Marsha S. Berzon
                            MARSHA S. BERZON
11                          United States Circuit Judge, sitting by designation