IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, | No. 2:08-cv-02873-MSB |
| Plaintiff, | |
| vs. | **ORDER DENYING PLAINTIFF'S SUBPOENA MOTIONS** |
| NANGALAMA, MENON, K. ADAMS, PENNER, and GOLDFIELD, | |
| Defendants. | |

Plaintiff Kyle Avery, who is incarcerated and is proceeding *pro se* and *in forma pauperis*, has moved this Court to issue two subpoenas. (Dkt. ## 39 and 42). Under Rule 45(a)(3) of the Federal Rules of Civil Procedure, the Clerk of the Court "must issue a subpoena, signed but otherwise in blank, to a party who requests it." That party must then complete the subpoena before service. *Id.*

The Court hereby directs the Clerk of the Court to issue two blank subpoenas to Plaintiff Kyle Avery and to send them to him, together with: a copy of this order, the correct number of USM-285 forms to obtain service of the subpoenas, and an instruction sheet for filling out the USM-285 forms. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit it to the Court together with the completed subpoena forms and one completed USM-285 for every person to be served. Upon receipt, the Clerk of the Court is directed to cause the U.S. Marshals Service to serve the subpoenas by certified mail. Plaintiff is instructed that further subpoena

1  requests should be directed to the Clerk of the Court until discovery concludes on February
2  15, 2012.
3      Accordingly, **IT IS HEREBY ORDERED** that Avery's Motion to Issue Subpoena
4  (Dkt. # 39) and Motion for Subpoenas From a Non-Party (Dkt. # 42) are **DENIED** as moot.
5      DATED this 21st day of December, 2011.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation