# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANGALAMA, MENON, K. ADAMS, PENNER, and GOLDFIELD,<br><br>    Defendants. | No. 2:08-cv-02873-MSB<br><br>**ORDER DISMISSING PLAINTIFF'S CLAIM AGAINST DEFENDANT GOLDFIELD** |

On December 30, 2011, the court instructed Plaintiff to show good cause why his claim against Defendant Goldfield should not be dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Dkt. # 55). The court advised that Plaintiff's claim against Defendant Goldfield would be dismissed if he could not establish good cause within thirty (30) days. Plaintiff has not filed any documents establishing good cause. His claims against Defendant Goldfield must therefore be dismissed, although they may be renewed if Plaintiff ever discovers Defendant Goldfield's whereabouts.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's claim against Defendant Goldfield is **DISMISSED WITHOUT PREJUDICE.** Plaintiff's motion for default judgment against Defendant Goldfield (Dkt. # 56) is **DENIED as MOOT**.

DATED this 28th day of February, 2012

                                              /s/ Marsha S. Berzon
                                              MARSHA S. BERZON

1                                          United States Circuit Judge, sitting by designation