IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANGALAMA, MENON, K. ADAMS, PENNER, and GOLDFIELD,<br><br>　　　　Defendants. | No. 2:08-cv-02873-MSB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME, MOTION TO APPOINT COUNSEL, AND MOTION TO STAY PROCEEDINGS** |

FOR GOOD CAUSE SHOWN the Court hereby grants plaintiff KYLE AVERY's motion (Dkt. # 67) to extend the date by which plaintiff must oppose the motion for summary judgment filed by defendants DR. NANGALAMA, DR. MENON, K. ADAMS and DR. PENNER's motion for summary judgment (Dkt. # 65) and to extend the date by which plaintiff must reply to defendants' opposition to plaintiff's motion for summary judgment (Dkt. # 63) to July 3, 2012. The Court will not grant any more requests for extension of time with regard to these opposition and reply briefs.

Plaintiff's motion for appointment of counsel is denied without prejudice to renew after his responsive documents are filed or after July 3, 2012, whichever comes first. Plaintiff's motion for a stay is denied as moot.

IT IS SO ORDERED:

DATED this 2nd day of April, 2012.

　　　　　　　　　　　　　　　　　/s/ Marsha S. Berzon
　　　　　　　　　　　　　　　　　MARSHA S. BERZON
　　　　　　　　　　　　　　　　　United States Circuit Judge, sitting by designation