**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KYLE AVERY, | No. 2:08-cv-02873-MSB |
| Plaintiff, | |
| vs. | **ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER WITH PRELIMINARY INJUNCTIVE RELIEF** |
| NANGALAMA, MENON, K. ADAMS, PENNER, and GOLDFIELD, | |
| Defendants. | |

This Court has had an opportunity to consider the documents attached to the motion filed by Plaintiff Kyle Avery on March 29, 2012 (Dkt. # 68).

Plaintiff's motion for a temporary restraining order with preliminary injunctive relief against mail room staff working at California State Prison – Sacramento (Dkt. # 52) is hereby **DENIED**, as no mail room staff members are defendants in this case.

IT IS SO ORDERED:

DATED this 3rd day of April, 2012.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation