1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KYLE AVERY, | ) | No. 2:08-cv-02873-MSB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING DEFENDANTS'** |
| | ) | **REQUEST TO FILE UNDER SEAL** |
| NANGALAMA, MENON, K. ADAMS, | ) | |
| PENNER, and GOLDFIELD, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The request of defendants Dr. A. Nangalama, Dr. S. Menon, K. Adams and Dr. M. Penner ("defendants") to file under seal certain documents in plaintiff Kyle Avery's (CDC# E-67897) medical file maintained at California State Prison - Sacramento, which defendants are filing in support of their motion for summary judgment, is granted.

IT IS SO ORDERED:

DATED this 17th day of May, 2012.


                                          /s/ Marsha S. Berzon
                                         MARSHA S. BERZON
                                         United States Circuit Judge, sitting by designation