# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE AVERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANGALAMA, MENON, K. ADAMS, ) <br> and PENNER, ) <br> ) <br> Defendants. ) <br> ) | No. 2:08-cv-02873-MSB <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

GOOD CAUSE APPEARING, based on stipulation of the parties;

IT IS HEREBY ORDERED that this case is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own fees and costs.

IT IS SO ORDERED:

DATED this 26th day of July, 2013.

/s/ Marsha S. Berzon
MARSHA S. BERZON
United States Circuit Judge, sitting by designation